CASES DISMISSED BEFORE THE CLERK IN VACATION DURING JUNE TERM, A. D. 1925.

Mary E. Johnson, Appellant, v. M. A. Gardner and J. W. Gardner, Appellee.

An Appeal from the Circuit Court for Marion County.

Appeal dismissed on praecipe of counsel for Appellant.

*W. J. Zewadski,* for Appellant.

---

J. E. Ludwig, Plaintiff in Error, v. Charles C. Thomson, Defendant in Error.

A Writ of Error to the Circuit Court for Dade County.

Writ of Error dismissed on praecipe of counsel for Plaintiff in Error.

*Bart A. Riley* and *M. H. Rosenhouse,* for Plaintiff in Error.

---

Zella B. Jones, *et al.,* Appellant, v. J. L. Dickey, Appellee.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on praecipe of counsel for Appellant.

*G. A. Worley & Son,* for Appellant.